| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 1 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>DANIEL RICHARD GARCIA,<br><br>　　　　Defendant-Appellee. | No.　19-15371<br><br>D.C. Nos.<br>2:16-cv-01252-TLN-CKD<br>2:11-cr-00290-TLN-CKD-1<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Appellant's unopposed motion (Docket Entry No. 2) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed pending the Supreme Court's decision in *United States v. Davis*, No. 18-431, and this court's decision in *United States v. Begay*, No. 14-10080, whichever is later, or until further order of this court.

Appellant shall file a status report on July 1, 2019, and every 90 days thereafter while *United States v. Davis* and *United States v. Begay* are pending. Status reports should include: any change in the status of *United States v. Davis* and/or *United States v. Begay*; and the estimated date of resolution of *United States v. Davis* and/or *United States v. Begay*, if known.

Appellant shall notify this court by filing a status report within 7 days of the decision in *United States v. Davis* and/or *United States v. Begay*.

Failure to file a status report will terminate the stay of appellate proceedings.

LBS 02-25-2019/Pro Mo

The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7