McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Appellee
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. No. 19-15371 |
| Plaintiff-Appellant, | D.C. No. 2:16-CV-1252-TLN (E.D. Cal., Sacramento) |
| v. | |
| DANIEL RICHARD GARCIA, | MOTION TO DISMISS APPEAL |
| Defendant-Appellee. | |

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure,

Appellant, United States of America, by and through its undersigned

1

attorneys, hereby moves for an Order dismissing the appeal filed by the government on March 1, 2019, as to defendant Daniel Richard Garcia.

| | |
|---|---|
| DATED: AUGUST 16, 2019 | Respectfully submitted, |
| | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Michael D. Anderson<br>MICHAEL D. ANDERSON<br>Assistant United States Attorney |

## CERTIFICATE OF SERVICE

### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Michael D. Anderson
MICHAEL D. ANDERSON