FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellant, v. DANIEL RICHARD GARCIA, Defendant-Appellee. | No. 19-15371 D.C. Nos. 2:16-cv-01252-TLN-CKD 2:11-cr-00290-TLN-CKD-1 Eastern District of California, Sacramento ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 5) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7

DL/AppComm Direct Criminal